# **EXHIBIT 1**

DOCS_DE:229850.4 94811/003

| **Defendant(s)** | **Adv. Proc. Case No.** |
|---|---|
| PROVIDENT TRUST GROUP, LLC, ADMINISTRATOR AND CUSTODIAN FOR THE BENEFIT OF KERSTIN RODRIGUEZ IRA; KERSTIN RODRIGUEZ | 19-50837 (BLS) |
| VICKI L. WICKWIRE, IN HER CAPACITY AS TRUSTEE OF THE PAULINE A. CONLEY IRREVOCABLE TRUST; PAULINE A. CONLEY | 19-50738 (BLS) |
| BANK OF AMERICA CORPORATION | 19-51031 (BLS) |